**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 18-02561-hb |
| **KIMBERLY BOWERS CRAWFORD,** | CHAPTER 13 |
| Debtor. | |
| _____/ | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS CERTIFICATE TRUSTEE FOR NNPL TRUST SERIES 2012-1</u><br>Name of Transferee | <u>Bayview Loan Servicing, LLC, a Delaware Limited Liability Company</u><br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South Attn: BK Dept<br>Houston  TX  77042 | Court Claim # (if known): 14<br>Amount of Claim: $46,187.74<br>Date Claim Filed: 7/25/2018 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: <u>0165</u> | Phone: <u>866-709-3400</u><br>Last Four Digits of Acct #: <u>5255</u> |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance, LP
9990 Richmond Ave. Suite 400 South Attn: BK Dept
Houston  TX  77042

Phone: 877-735-3637
Last Four Digits of Acct #: <u>0165</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Erin Elam                                                    Date:04/23/2020

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on   April 29, 2020  ,

I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Andrew R Hart
Hart Consumer Law, LLC
PO Box 6326
Spartanburg, SC 29304

KIMBERLY BOWERS CRAWFORD
216 DRAPER STREET
Ninety Six, SC 29666

Gretchen D. Holland
Ch. 13 Trustee Office
20 Roper Corners Circle, Suite C
Greenville, SC 29615

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201

ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: \S\Erin Elam
    Erin Elam, Esq.
    Email: eelam@rascrane.com